DANIEL PAUL FOSTER
ATTORNEY AND COUNSELOR-AT-LAW
345 WEST 58TH STREET, SUITE 15J
NEW YORK, NEW YORK  10019

TELEPHONE : (212) 581-5943                                    danielpaulfoster@yahoo.com



MISC 08 158

March 19, 2008

Hon. Edward Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
✶  MAR 21 2008  ✶
BROOKLYN OFFICE

COGAN, J.

Dear Judge Korman,

    I hereby request reinstatement to practice law before the United States District Court for the Eastern District of New York pursuant to Local Civil Rule 1.5(e). I spoke to my attorney, Irving Anolik, who spoke to several people at the Court who directed me to address this letter to you and send it to your Courtroom Deputy, Ms. Paula Susi, at Chambers and append to it the items that follow:

    I am enclosing a true and correct copy of the Order of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, which ordered my reinstatement, effective immediately, on January 16, 2008. I am also enclosing an original Certificate of Good Standing from the Appellate Division, First Department, where I was admitted to practice in 1980, dated March 3, 2008.

Very truly yours,

*Daniel Paul Foster*

Daniel Paul Foster
c.c.: Irving Anolik, Esq.
Encls.

MC-08-158
Cogan

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DANIEL PAUL FOSTER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 17th day of March, 1980 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 3, 2008

Clerk of the Court

2302

| Matter of Foster; Grievance Committee for the Second and |
|---|
| Motion No: 1999-02846 |
| Slip Opinion No: 2008 NYSlipOp 61247(U) |
| Decided on January 16, 2008 |
| Appellate Division, Second Department, Motion Decision |
| Published by <u>New York State Law Reporting Bureau</u> pursuant to Judiciary Law § 431. |
| This motion is uncorrected and is not subject to publication in the Official Reports. |

Supreme Court of the State of New York

Appellate Division: Second Judicial Department

M64959

E/nl

A. GAIL PRUDENTI, P.J.

STEPHEN G. CRANE

WILLIAM F. MASTRO

REINALDO E. RIVERA

DAVID S. RITTER, JJ.

1999-02846

In the Matter of Daniel Paul Foster, a disbarred attorney.

DECISION & ORDER ON MOTION
FOR REINSTATEMENT

(Attorney Registration No. 1677061)

Motion by the respondent for reinstatement as an attorney and counselor-at-law. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the First Judicial Department on March 17, 1980. By opinion and order of this court dated February 17, 1987, he was disbarred upon his felony conviction. By decisions and orders on applications of this court dated July 6, 1999, and January 13, 2003, respectively, his first and second applications for reinstatement were denied. By decision and order on motion of this court dated May 19, 2003, his motion for

reconsideration and reargument of his second application for reinstatement was also denied. By decision and order on motion of this court dated October 27, 2003, his motion for leave to appeal to the Court of Appeals from the decisions and orders on applications dated January 13, 2003, and May 19, 2003, was denied. By decision and order on motion dated November 8, 2006, the respondent's third motion for reinstatement was held in abeyance and the matter was referred to the Committee on Character and Fitness to investigate and report on the respondent's fitness to be an attorney, including, but not limited to full details of: (1) his compliance with this court's disbarment order; (2) his community work since his disbarment and, in particular, his volunteer work with associations involved with providing attorney assistance and/or volunteer work with associations involved with providing attorney assistance and/or advocacy; (3) his resignation from employment position at the Institute of Electrical and Electronics Engineers; and (4) his employment and/or lack thereof and attempts to obtain employment since 1991.

Upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

ORDERED that the motion is granted; and it is further,

ORDERED that, effective immediately, the respondent Daniel Paul Foster is reinstated as an attorney and counselor-at-law and the Clerk of the court is directed to restore the name of Daniel Paul Foster to the roll of attorneys and counselors-at-law.

PRUDENTI, P.J., CRANE, MASTRO, RIVERA and RITTER, JJ., concur.

ENTER:

James Edward Pelzer

Clerk of the Court