FILED
CLERK

2008 MAR 31 PM 2:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

MC-08-158 (BMC)

In the Matter of

Daniel Paul Foster,

an Attorney and Counselor-at-Law.        ORDER

Respondent.

----------------------------------------X

The respondent having furnished this Court with a copy of an order of the Appellate Division of the Supreme Court of the State of New York reinstating respondent to the practice of law, it is hereby

ORDERED that the respondent be and hereby is reinstated to practice as an attorney and counselor-at-law in this Court and that respondent's name be restored to the Roll of Attorneys of this Court.

The Clerk is directed to mail a copy of this order and close the within action.

_____
Brian M. Cogan, USDJ
Chairman of the Committee on
Grievances, E.D.N.Y.

Dated:   Brooklyn, New York
         March 26, 2008