FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 1 8 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :
In the Matter of                                :
                                                :           M-2-238
Daniel Paul Foster                              :
345 West 58th Street, Suite 15 J                :           ORDER
New York, NY 10019,                             :
                                                :
            Respondent.                         :
                                                :
------------------------------------------------x

By Order dated January 16, 2008 of the Supreme Court of the State of New York, Appellate Division, Second Department, respondent Daniel Paul Foster, a member of the bar of this Court who had been disbarred from practicing law in this Court reciprocally with the State discipline, was reinstated to the roll of practicing attorneys of the State of New York. Therefore, the Clerk of the Court is hereby directed to restore the name of Daniel Paul Foster to the roll of attorneys of this Court.

SO ORDERED.

_____
JED S. RAKOFF
Chair, Committee on Grievances S.D.N.Y.

Dated:     New York, New York
           May 19, 2008